IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BYRON A. YORK,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0623-CG-M |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **REVERSED** and **REMANDED** for further administrative procedures not inconsistent with the Orders of this Court.

**DONE** this 26th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE