IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BYRON A. YORK,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0623-CG-M |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Byron A. York and against Defendant Michael J. Astrue.

DONE this 26th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE