**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BYRON A. YORK,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 09-0623-CG-M** |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter be and is hereby **AWARDED** an EAJA fee in the amount of $3,968.81.

**DONE and ORDERED** this 28th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE