IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BYRON A. YORK, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0623-CG-M |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter be and is hereby **AWARDED** an EAJA fee in the amount of $3,968.81. No costs are taxed.

**DONE and ORDERED** this 28th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE