**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BYRON A. YORK,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 09-0623-CG-M** |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) entered on March 19, 2012 (Doc. 30) is adopted as the opinion of this Court.

The Petition for Authorization of Attorney Fees (Doc. 28) is hereby **GRANTED,** and Plaintiff's Attorney, Byron A. Lassiter, is awarded a fee in the amount of $4,435.50 for his services before this Court.  Mr. Lassiter is directed to pay Plaintiff $3,968.81, the sum representing the Equal Access to Justice Act fee previously awarded.

**DONE and ORDERED** this 3rd day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE