IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BYRON A. YORK, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 09-0623-CG-M |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Attorney, Byron A. Lassiter is hereby **AWARDED** a fee of $4,435.50, and is directed to pay to Plaintiff the sum of $3,968.81, the sum representing the fee previously awarded to Lassiter pursuant to the Equal Access to Justice Act.  No costs are taxed.

**DONE and ORDERED** this 3rd day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE